**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:   Rocio Medina Reyes, Individually and on behalf of her daughter, Lilia Elizabeth Rodarte v. Muherji Law Firm, Sam K. Mukerji, Individually, Fix My Car Collision & Mechanical LLC, Harris County Collision & Mechanical and Prestige Chiropractic, LLC

Appellate case number:   01-22-00430-CV

Trial court case number:   2020-08248

Trial court:   157th District Court

On June 9, 2022, appellant filed an unopposed motion to transfer the clerk's record and reporter's record from 01–21–00361–CV into this appeal. We **grant** the motion to transfer. The Clerk of this Court is instructed to transfer the clerk's record and reporter's record from appellate cause number 01–21–00361–CV to 01–22–00430–CV.

It is so **ORDERED**.

Judge's signature: _____/s/ Sherry Radack_____
                             ☒ Acting individually     ☐ Acting for the Court

Date:   ___June 28, 2022_____